# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORP., ) )  ) Plaintiff, ) ) v. ) ) F/V CYNTHIA'S DREAM, etc., et al., ) ) Defendants. ) | CIVIL ACTION NO. 04-0598-WS-M |

## ORDER

This matter is before the Court on the plaintiff's motion for default judgment against defendant T&T Fishery, Inc. ("T&T"). (Doc. 48). In response to the Court's inquiry concerning the effect of the individual defendants' bankruptcy proceedings on its motion, the plaintiff has notified the Court that the individual defendants have received a discharge, effectively ending the automatic stay even assuming that the stay extended to T&T. (Doc. 50).

T&T was properly defaulted for failure to appear. (Docs. 21, 24). The plaintiff seeks default judgment in the amount of $608,337.48, (Doc. 48 at 4), and the plaintiff has proved the amount of indebtedness by record evidence. (*Id*., Johnson Affidavit). The complaint sought recovery from T&T in excess of $842,683.55, (Doc. 1, ¶¶ 10, 18), and the relief presently requested is not different in kind or higher in amount than that prayed for in the complaint. *See* Fed. R. Civ. P. 55(c).

Accordingly, the motion for default judgment is **granted**. Judgment shall be entered accordingly by separate order.

DONE and ORDERED this 17th day of May, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE