IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORP.,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | CIVIL ACTION NO. 04-0598-WS-M |
| **F/V CYNTHIA'S DREAM, etc., et al.,** ) ) | |
| **Defendants.** ) | |

**JUDGMENT**

In accordance with the Court's order of May 17, 2005 granting the plaintiff's motion for default judgment, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the plaintiff shall recover from the defendant T&T Fishery, Inc. the sum of $608,337.48.

DONE this 17th day of May, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE